# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAWN COLOR** * | CIVIL ACTION | |
| **O/B/O MAURICE GIMS** | | |
| * | NUMBER: | 09-5865 |
| **Plaintiff,** | | |
| v. * | SECTION: | "R" (3) |
| **MICHAEL J. ASTRUE,** * | | |
| **COMMISSIONER OF SOCIAL** | | |
| **SECURITY ADMINISTRATION** * | | |
| **Defendant.** * | | |

* * *

## JUDGMENT

After consideration of Defendant's Motion to Reverse and Remand, the Court finds that the Motion is well-taken and should be granted. Therefore, the Court,

**ORDERS, ADJUDGES, AND DECREES** that the above-captioned matter be reversed and remanded under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for the purpose of conducting further proceedings.

SIGNED this 29th day of April, 2010.

*Sarah Vance*
**UNITED STATES DISTRICT JUDGE**